No. 760. CENTRAL ELEVATOR COMPANY OF BALTIMORE CITY *v.* NAAM LOOZE VENNOOT SCHAP, ETC.   March 29, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioner.   *Mr. Charles R. Hickox* and *Mr. John M. Woolsey* for respondent.

---

No. 761. PENNSYLVANIA RAILROAD COMPANY *v.* NAAM LOOZE VENNOOT SCHAP, ETC.   March 29, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioner.   *Mr. Charles R. Hickox* and *Mr. John M. Woolsey* for respondent.

---

No. 762. CENTRAL ELEVATOR COMPANY OF BALTIMORE CITY *v.* EDWIN DYASON, MASTER OF THE STEAMSHIP "WELBECK HALL," ETC.   March 29, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioner.   *Mr. James K. Symmers* for respondent.

---

No. 763. PENNSYLVANIA RAILROAD COMPANY *v.* EDWIN DYASON, MASTER OF THE STEAMSHIP "WELBECK HALL," ETC.   March 29, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioner.   *Mr. James K. Symmers* for respondent.

---

No. 766. V. F. MILLER *v.* UNITED STATES.   March 29, 1920.   Petition for a writ of certiorari to the Circuit Court